
1271 Avenue of the Americas | New York, NY 10020



Direct Dial: (212) 885-5152
Facsimile: (917) 332-3858
Email: William.Bennett@blankrome.com

February 8, 2022

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts

      Re:    AMSC Asa et al v. Overseas Shipholding Group, Inc. et. al.
              1:22-cv-10822-KPF

Dear Judge Failla,

    We represent the Plaintiffs in the referenced matter and write jointly with counsel for the Defendants to request at two-week adjournment of the initial pretrial conference scheduled for February 14, 2023, at 4:00 p.m. and to submit a Proposed Civil Case Management Plan and Scheduling Order.

    In accordance with the Court's Individual Rules and Practices, the adjournment is being requested to afford the parties additional time to resolve the matter without unnecessarily utilizing the Court's valuable time and resources. After receipt of the Court's Notice of Pretrial Conference, which directed the parties "to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference," counsel discussed initial settlement considerations and earlier this week exchanged initial ledgers identifying monies alleged to be due and owed, respectively. The additional time requested will give the parties an opportunity to explore common ground and seek resolution.

    This is the parties first request for an adjournment.

                            Respectfully submitted

                            William R. Bennett, III

Application GRANTED.  The initial pretrial conference currently scheduled for February 14, 2023 is hereby ADJOURNED to 3:00 p.m. on **March 7, 2023.**  The parties shall file their pre-conference submissions on or before **March 2, 2023.**

The Clerk of Court is directed to terminate the motion at docket entry 19.

Dated:    February 8, 2023          SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE