

1271 Avenue of the Americas | New York, NY 10020

Direct Dial:   (212) 885-5152
Facsimile:    (917) 332-3858
Email:         William.Bennett@blankrome.com

March 3, 2023

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts

Re:   AMSC Asa et al v. Overseas Shipholding Group, Inc. et. al.
      1:22-cv-10822-KPF

Dear Judge Failla,

We represent the Plaintiffs in the referenced matter and write jointly with counsel for the Defendants to request adjournment of the initial pretrial conference ("IPTC") scheduled for March 7, 2023, at 3:00 p.m.

In accordance with the Court's Individual Rules and Practices, the adjournment is being requested to afford the parties additional time to negotiate a settlement agreement without unnecessarily utilizing the Court's valuable time and resources.

We thank Your Honor for your consideration of this request.

Respectfully submitted

William R. Bennett, III

128955.00007/130528953v.1