

Direct Dial: (212) 885-5152
Facsimile: (917) 332-3858
Email: William.Bennett@blankrome.com



March 3, 2023

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts

      Re:    AMSC Asa et al v. Overseas Shipholding Group, Inc. et. al.
               1:22-cv-10822-KPF

Dear Judge Failla,

    We represent the Plaintiffs in the referenced matter and write jointly with counsel for the Defendants to request adjournment of the initial pretrial conference ("IPTC") scheduled for March 7, 2023, at 3:00 p.m.

    In accordance with the Court's Individual Rules and Practices, the adjournment is being requested to afford the parties additional time to negotiate a settlement agreement without unnecessarily utilizing the Court's valuable time and resources.

    We thank Your Honor for your consideration of this request.

                                               Respectfully submitted

                                             William R. Bennett, III

128955.00007/130528953v.1

Application GRANTED. The initial pretrial conference currently scheduled for March 7, 2023 is hereby ADJOURNED to 3:00 p.m. on **April 26, 2023.** The parties shall file their pre-conference submissions on or before **April 20, 2023.** As this is the second extension of these deadlines, they are final and will not be extended again.

The Clerk of Court is directed to terminate the motion at docket entry 21.

Dated:   March 3, 2023
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE