UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMSC ASA, AMERICAN TANKER, INC., AMERICAN SHIPPING CORPORATION, ASC LEASING III, INC., and ASC LEASING IV, INC.,<br><br>Plaintiffs,<br><br>-v.-<br><br>OVERSEAS SHIPHOLDING GROUP, INC., OSG BULK SHIPS, INC., OSC AMERICA, L.P., OVERSEAS LOS ANGELES LLC, and OVERSEAS NEW YORK LLC,<br><br>Defendants. | 22 Civ. 10822 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court understands from correspondence with the parties that they wish to adjourn the initial pretrial conference pursuant to the Court's Individual Rule of Practice in Civil Cases 3.B. That application is GRANTED. The initial pretrial conference currently scheduled for April 26, 2023, is hereby ADJOURNED *sine die*. The parties are ORDERED to appear for a pretrial conference on **September 6, 2023**, at 10:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If the parties wish to be referred to Magistrate Judge Sarah L. Cave for a settlement conference in the meantime, they shall so indicate in a joint letter. The Court will endorse the parties' proposed case management plan under separate cover.

    SO ORDERED.

Dated:  April 24, 2023
          New York, New York

                                                            KATHERINE POLK FAILLA
                                                           United States District Judge