UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMSC ASA, AMERICAN TANKER, INC., AMERICAN SHIPPING CORPORATION, ASC LEASING III, INC., and ASC LEASING IV, INC.,<br><br>                      Plaintiffs,<br><br>  -v-<br><br>OVERSEAS SHIPHOLDING GROUP, INC., OSG BULK SHIPS, INC., OSC AMERICA, L.P., OVERSEAS LOS ANGELES LLC, and OVERSEAS NEW YORK LLC,<br><br>                      Defendants. | CIVIL ACTION NO.: 22 Civ. 10822 (KPF) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties having advised that they have reached a settlement in principle, the settlement conference scheduled for today, June 20, 2023, is CANCELLED.

Dated:     New York, New York
              June 20, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**