

**1271 Avenue of the Americas | New York, NY 10020**

| | |
|---|---|
| Direct Dial: | (212) 885-5152 |
| Facsimile: | (917) 332-3858 |
| Email: | William.Bennett@blankrome.com |

June 21, 2023

<u>VIA ECF</u>

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts

      Re:    AMSC Asa et al v. Overseas Shipholding Group, Inc. et. al.
             1:22-cv-10822-KPF

Dear Judge Failla,

    We represent the Plaintiffs in the referenced matter and write jointly with counsel for the Defendants. We are pleased to report that the above-referenced matter was settled. Accordingly, we respectfully request an Order be issued today vacating the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment (Dkt. 12) so that defendants can have access to the funds presently being held by Citibank as per your Honor's Order.

                                              Respectfully submitted

                                              William R. Bennett, III

cc:    Chris Nolan, Esq.
       (*via ECF*)